RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
: 
In re: : Chapter 11
: 
PACHANGA, INC., : Case No.: 18-12767 (MEW)
: 
Debtor. :
------------------------------------ x

# CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

**FEES AND EXPENSES (from case inception):**

| | |
|---|---|
| Fee for Attorney for Debtor | $169,575.00 |
| Other Professional Fees and All Expenses | SSG: $175,000.00<br>All Expenses: $3,966.56 |
| Trustee Fee (if applicable) | N/A |
| Fee for Attorney for Trustee (if applicable) | N/A |
| % Dividend Paid/To Be Paid | Approximately 1% |
| Future Dividends (check if % of future dividend under plan not yet able to be determined) | N/A |
| Initial Distribution Under the Plan Completed | Yes |

| | |
|---|---|
| Other (explain) | See annexed <u>Exhibit A</u> for disbursements on a debtor-by-debtor basis |

Dated: New York, New York
       July 24, 2019

                                      RUBIN LLC

                                      By:   <u>*/s/ Paul A. Rubin*</u>
                                                Paul A. Rubin
                                                Hanh V. Huynh

                                      345 Seventh Avenue, 21st Floor
                                      New York, New York 10001
                                      Tel: 212.390.8054
                                      Fax: 212.390.8064
                                      prubin@rubinlawllc.com
                                      hhuynh@rubinlawllc.com

**EXHIBIT A**
**(DISBURSEMENTS FROM CASE INCEPTION**
**TO CLOSING ON DEBTOR-BY-DEBTOR BASIS)**

| DEBTOR | CASE TOTAL |
|---|---:|
| PACHANGA | $589,647 |
| COROSSOL FIKA TOWER | $59,944 |
| COROSSOL LLC | $174 |
| COROSSOL TRIBECA | $106,599 |
| FIKA 41 W 58TH | $34,354 |
| FIKA 66 PEARL | $40,724 |
| FIKA 141 W 41ST | $41,294 |
| FIKA 157 7TH | $47,307 |
| FIKA 824 10TH | $74,177 |
| FIKA CATERING | $103 |
| FIKA ESPRESSO BARS | $230,778 |
| FIKA TRIBECA | $35,894 |
| FIKA WEB ORDERS | $1,042 |
| MILA SOLUTIONS | $485,800 |
| FIKA 10 PARK | $0 |
| FIKA 52 DUANE | $0 |
| FIKA 555 6TH | $0 |
| FIKA 600 LEXINGTON | $0 |
| FIKA 1331 LEXINGTON | $0 |
| FIKA COLUMBUS CIRCLE | $0 |
| | |
| **AGGREGATE GRAND TOTAL** | **$1,747,837** |